THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEO LEONARD, Appellant.

Submitted August 29, 2011; decided September 8, 2011

Motion for assignment of counsel granted and Stuart M. Cohen, Esq., PO Box 598, Rensselaer, New York 12144 assigned as counsel to the appellant on the appeal herein.